IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ORLANDO BETHEL
GLYNIS BETHEL, and Next Friends
Zoe Bethel; Kezia Bethel and
Zion Bethel individuals
           Plaintiffs,

vs.

Civil Action No.: 1 0 - 6 5 3 - ω s - ß
Jury Demand/42 USC 1983/Class Action
42 USC 2000d7
Title II 1964 Civil Rights Acts
Alabama Constitution Title II Section 201
(a)(d); Section 203 and Section 204

The City of Bay Minette; Mayor Jamie
Tillery; Officer Jonathan Hall; Sgt. H.L.
Vernon; Judge Bayless E. Biles; Sergeant
Ryan Robinson; Officer Renee' Peebles;
Lieutenant Ruffin Crook; Chief Michael
Rowland; Baldwin County, Alabama;
Burkes Outlet; Bealls, Inc.; Manager Carol
Robinson; Attorney Scott Lewis
           Defendants
_____/

COMPLAINT FOR DECLARATORY JUDGMENT,
PRELIMINARY AND PERMANENT INJUNCTION AND DAMAGES
FOR VIOLATIONS OF CIVIL AND CONSTITUTIONAL RIGHTS 42 USC 1983
AND NOTICE TO THIS COURT THAT THE PLAINTIFFS WILL BE ABIDING BY THE
120 DAY STIPULATION IN ORDER TO PERFECT SERVICE OF SUMMONS
ACCORDING TO THE FEDERAL RULES OF CIVIL PROCEDURE FRCP RULE 4(m)
SANCTIONED BY THE LAW OR 14TH AMENDMENT
ALSO AN APPLICATION OR IFP TO WAIVE FEES WILL BE SUBMITTED
SUBSEQUENTLY BEFORE THE 120 DAYS HAVE EXPIRED

COMES NOW Plaintiff ORLANDO BETHEL AND GLYNIS BETHEL who respectfully
requests this Court to issue Declaratory Judgment, Preliminary and Permanent Injunctive Relief
and Damages with grounds of jurisdiction and states his and her claim for damages against the
Defendants for violations of the Plaintiffs' civil and constitutional rights. Below please read a
Summary for the basis for the Plaintiffs' claims. Orlando and Glynis Bethel challenges
Defendant(s) practices on its face and as applied;

INTRODUCTION

1.      This is a civil action whereby Plaintiffs seeks Declaratory Judgment, Preliminary and

Permanent Injunctive Relief and Damages under 28USC 1331; 28 USC 1346; 42 USC 2000d7

and 42 USC 1993 against Defendant(s) being sued in both OFFICIAL AND INDIVIDUAL

CAPACITY for violation(s) of civil; state and US constitutional rights; This is a civil action

whereby Plaintiffs seek Declaratory Judgment, Preliminary and Permanent Injunctive Relief and

Damages. Plaintiffs seek Declaratory Judgment against the State of Alabama; and seek

Preliminary and Permanent Injunctive Relief, enjoining Defendants, Burke's Outlet Stores, Inc.,

its agents, servants and employees and those acting in active concert and with actual notice

thereof (hereinafter sometimes collectively referred to as "Burke's Outlet Defendants"); City of

Bay Minette, Alabama, its Mayor Jamie Tillery, Police Department, its agents, servants and

employees and those acting in active concert and with actual notice thereof (hereinafter

sometimes collectively referred to as "City of Bay Minette Defendants"), from discriminatorily

enforcing Code of Alabama Trespassing law, (hereinafter sometimes collectively referred to as

"Alabama Trespassing Code") against Plaintiffs as a direct result of the Plaintiffs' religious

beliefs and religious expression, and from acting in such a manner as to violate Plaintiffs' rights

protected under Title II of the 1964 Civil rights Act to Freedom of Speech, Free Exercise of

Religion and Equal Protection, guaranteed under the First and Fourteenth Amendments to the

United States Constitution;

2.      As a result of time restraints, the Plaintiffs have not listed AGAIN the name of Defendants

listed in this suit above including any additional information such as an address;

3.      Plaintiffs request that the attorneys waive service of summons according to the FRCP

4(d)(2)( after the initial 120 days according to FRCP 4(m);

2

4.    According to the law 28 USC 1915 Plaintiffs make notice to this court that they will proceed

without prepayment of fees based upon the fact they are entitled to redress and will reveal only

assets as stated and prescribed in the law;

SUMMARY OF STATEMENTS OF FACTS (AND ARGUMENTS
THE CITY OF BAY MINETTE, ALABAMA CORRESPONDENCE (MAYOR)

5.    On May 11, 2009 a letter was served upon Mayor Jamie Tillery pertaining to the illegally and

unconstitutional behavior of the merchants in her city;

6.    After writing the Notice of Claim (posted below) the witch Mayor Jamie Tillery had the

Plaintiffs Glynis Bethel and Orlando Bethel falsely arrested and imprisoned for revenge;

7.    *"Comes now Orlando Bethel and Glynis Bethel and Zoe Bethel, **Kezia Bethel** and Zion
Bethel first giving honor to God in the name of the Father, Son (Jesus) and the Holy Spirit;*

8.    *This letter is Notice of Claim to be served upon the Mayor "Jamie Tillery " of the city of Bay
Minette Burkes Outlet according to Sections: 11-47-23 and 11-47-192, Code of Alabama,
1975, and fulfills the established statutory scheme that requires Orlando Bethel and Glynis
Bethel individually, and ORLANDO BETHEL and GLYNIS BETHEL as Next friends of
minor children ZOE BETHEL, KEZIA BETHEL and ZION BETHEL, who are notifying the
Bay Minette Burkes Outlet of a potential suit for violations of civil and constitutional rights
under the FIRST AND FOURTEENTH AMENDMENTS, putting all parties named as
possible Defendants on Notice of claim. The location where this occurred is in Burkes Outlet
Bay Minette Alabama Department store ...A PLACE OPENED TO THE PUBLIC:*

*FIRST AMENDMENT TO THE US CONSTITUTION*

9.    ***Congress shall make no law respecting an establishment of religion, or prohibiting the free
exercise thereof; or abridging the freedom of speech, or of the press; or the right of the
people peaceably to assemble, and to petition the Government for a redress of grievances.***

10.   *The Bethels, especially Glynis Bethel, are claiming that Mrs. Carol Robinson, the Manager
of Bay Minette Burkes Outlet, violated their constitution rights by treating her differently
based SOLEY on her Religious speech which is also a denial of equal protection of the laws;
denial of due process of the laws to be treated in the same manner as other citizens and
customers that shop and express their religious beliefs in the Bay Minette Burkes Outlet
stores ; and improper training and negligence or derelict of official duties and blatant
disrespect and disregard for not only the Alabama Constitution, but also the United States
Constitution. Glynis Bethel, who is filled with GOD'S HOLY SPIRIT and who loves GOD is
a very sweet and good customer and is not in any way a disruptive customer nor does her
Religious speech quality as "disruptive," nor "harassing the customers nor anyone." The
Bethels challenge this motion by the Bay Minette Burkes Outlet and interprets the actions of
the Manager Mrs. Carol Robinson and has harassment against the Religion of Glynis Bethel
and her Family's authority to teach her the truth of GOD'S words.*

11.   ***TO WHOM THIS MAY CONCERN:RE: Civil Rights*** *violations of the Alabama
Constitution specifically the Alabama Religious Freedom Amendment (622):* ***ALABAMA***

*DECLARATION OF RIGHTS (Article I of the 1901 **Constitution** of **Alabama**) As amended through 1966 ARTICLE I. DECLARATION OF RIGHTS That the great, general, and essential principles of liberty and free government may be recognized and established, we declare: Sec. 1 That all men are equally free and independent; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty and the pursuit of happiness. Sec. 2 That all political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and that, therefore, they have at all times an inalienable and indefeasible right to change their form of government in such manner as they may deem expedient. Sec. 3 That no religion shall be established by law; that no preference shall be given by law to any religious sect, society, denomination, or mode of worship; that no one shall be compelled by law to attend any place of worship; nor to pay any tithes, taxes, or other rate for building or repairing any place of worship, or for maintaining any minister or ministry; that no religious test shall be required as a qualification to any office or public trust under this state; and that the civil rights, privileges, and capacities of any citizen shall not be in any manner affected by his religious principles. Sec. 4 That no law shall ever be passed to curtail or restrain the liberty of speech or of the press; and any person may speak, write, and publish his sentiments on all subjects, being responsible for the abuse of that liberty. And, to guard against any encroachments on the rights herein retained, we declare that everything in this Declaration of Rights is accepted out of the general powers of government, and shall forever remain inviolate.*

12. *Also Section 25 gives Glynis Bethel the Right to peaceably assemble in a public place and petition the government for redress of grievances and the rights of Orlando Bethel and Glynis Bethel under the United States Constitution to sue if Glynis Bethel's Religious liberties are violated by a governmental official acting on behalf of the Bay Minette Burkes Outlet*

13. *This letter is to serve notice that both Orlando Bethel and Glynis Bethel (and the children of both parties) hereby make claims against: parties named for Civil Rights violations. According to laws for STATE ACTION: "In federal Civil Rights Acts dating back to 1875, any activity by the government of a state, any of its components or employees (like a sheriff) who uses the 'color of law' (claim of legal right) to violate an individual's civil rights. Such 'state action' gives the person whose rights have been violated by a governmental body or official the right to sue that **agency or person for damages.**" For violations of both Orlando Bethel and Glynis Bethel's (and the children of both parties) **Civil Rights** [religious discrimination] and personal injuries which included Glynis Bethel suffering humiliation, pain and suffering, anguish, distress, emotional distress, embarrassment and general damages as a direct result of her Religious speech;*

14. *This notice of claim is a document to help secure Religious liberties in Baldwin county. The mayor and the chief of police are being notified that it is their job to stop the government under their authority from violating basic constitutional rights including free speech; freedom of religion; freedom of religious speech and freedom of association with the general public and freedom of peaceable assembly with  Baldwin County Alabama. This notice of claim never would have been issued if the Bay Minette Police Officer "Thompson" did not threatened to falsely arrest Glynis Bethel based solely upon her freedom of speech while in Burkes Outlet in which the 1964 Civil Right Acts protects people, who exercise their religion in a private place opened to the general public, from being illegally banned from a private business based solely upon their religion.*

4

15. *If the city of Bay Minette continues to violate our rights of freedom of our religion to proselytize in a private business which is to be considered public, we will pursue litigation in ether state court in Alabama in order to secure religious liberties and Jesus Christ in America so help me God. May 11, 2009 (Incident Date):*

16. *The Civil Rights violation of Glynis Bethel and family has included a threat of [false] arrest, by the police officer WITHOUT PROBABLE CAUSES in which no crime was committed. (which was caught live on video tape;*

17. *On May 11, 2009, Glynis Bethel and her family, were at the Burkes Outlet in Bay Minette Alabama shopping. Glynis Bethel decided to expressed her Religious beliefs and wanted to pray with one of the employees "Katy Roberts" ;  Glynis Bethel began to say a prayer with Katy Roberts;*

18. *Glynis Bethel expressed her Religious beliefs and was informed by the Manager" Mrs. Carol Robinson" not to express her beliefs in the Burkes Outlet;*

19. *Glynis Bethel continued to express her Religious beliefs and the Manager  "Mrs. Carol Robinson" called the Bay Minette Police;*

20. *The Officers "Thompson" and "Hill" showed up to the Burkes Outlet and stood at the cash register where Glynis Bethel and her Family were checking out; both officers silently watched while Glynis Bethel proceeded in her religious exercise of her free speech and she questioned the police about their Religion;*

21. *Mrs. Carol continued to harass Glynis Bethel while she was checking out; Glynis Bethel and her family went gone to their car and had to go back inside of the Burkes Outlet to get their discount card stamped,*

22. *After Glynis Bethel looked back into the store through the glass, The two officers came out of the Burkes Outlet and threatened Glynis Bethel with (FALSE) arrest;*

23. *Mr. Thompson, without probable causes, asked Mrs. Glynis Bethel if she wanted to go to jail; or to be arrested ( to paraphrase)";*

BURKES' OUTLET CORRESPONDENCE  (Exhibit A)

24. *"DEMAND LETTER FOR CIVIL RIGHTS VIOLATIONS AND SETTLEMENT AGREEMENT; Conrad Szymanski, President, Beals Outlet Stores, Inc.,1806 38[th] Ave East, Bradenton, Florida 34208, (941) 747-2355 phone, (941) 746-1171 fax*

25. *RE: Civil Rights and Religious Discrimination Violation Dates May 28, 2009 and June 20, 2009:*

26. *This demand letter is a follow up to the Notice of Claim previously served upon the Burkes Outlet Store and an effort to settle the civil rights violations that occurred at your Burkes Outlet Store in Bay Minette, Alabama against me, which resulted in me being falsely arrested for trespassing solely because of my sincerely held religious beliefs and in efforts to unlawfully punish me for having such religious beliefs. I am a known civil and religious rights advocate here in Baldwin County, Alabama and I am also an attorney pro se. I will be representing myself against Burkes Outlet if litigation is necessary and Burkes Outlet Stores, Inc. decides not to settle this matter;*

27. *The actions of the Burkes Outlet Store employee ("Carol Robinson") were malicious, intentional and committed with the intent to cause me to suffer the pain of false arrest and false imprisonment knowingly, which is a crime under Alabama Statute: § 13A-10-9 (falsely reporting a crime). Further, your employee Carol Robinson's actions as the manager of Burkes Outlet, were in violation of Title II of the 1964 Civil Rights Act, Sections 202 and 203 in that she intentionally falsely initiated State laws and action to deprived me of civil rights*

5

*and privileges of freedom from religious discrimination, the freedom of association and the right to be free from unreasonable search and seizure etc. which are protected and guaranteed rights to me also under the Alabama Constitution of 1901, Section 3; and the Alabama Religious Freedom Amendment, Sections I through V. Burkes Outlet Inc. is further responsible for this flagrant violation of my constitutional and civil rights because you were placed on notice before my false arrest to thoroughly investigate your employee's illegal actions but you refuse;*

28. *Your Store manager's actions were additionally egregious because she used law officers to intimidate, threaten, coerce and punish me for exercising my civil rights by treating me as a criminal even though I had not committed any violation of law or violated any known store policy nor was I in your store as falsely reported by Carol Robinson. Carol Robinson used her position as your store manager to have me falsely arrested for trespassing for no other reason but that she clandestinely despises my sincerely held religious beliefs and the exercise of my civil rights. Additionally, Carol Robinson's unlawful actions against me also gives me a claim for libel and defamation under State and Federal laws because not only did Carol Robinson maliciously and intentionally make this false report to the police but it was also reported in the local newspaper and the news is currently circulated on the internet;*

29. *This type of egregious religious profiling and discrimination by your employee is the very cause for the establishment of the aforementioned State and Federal laws which gives a person who has been discriminated against by a business that serves the general public, the lawful right to sue the business and the person in Federal Court for money damages. As a result of your employee's biased and unlawful treatment of myself, I have suffered embarrassment, mental anguish, pain, public humiliation, stress, and false arrest and imprisonment for which I am due money damages;*

30. *Your employees "Carol" and "Tim" have further made Burkes Outlet actions of religious discrimination subject to being exposed to the community through public protests in front of your stores, through the use of various internet search engines, through contacting various news media and by word of mouth to local Churches and national Christian organizations who spend money in your store, in which protests on the public property will possibly bankrupt your stores in this area. Whenever a private business such as yours has opened itself to serve the general public and demonstrates this kind of blatant discriminatory practice against a Christian for praying, such a business is not worthy of being patronized by the very class of people that it discriminates against;*

31. *If you do not settle, not only will I file a Federal lawsuit for $100,000.00 (One Hundred Thousand Dollars) with a demand for a jury trial but further I will also initiate a boycott and protest of Burkes Outlet/Beals Stores based upon your bold and unlawful discrimination against religious or Christian customers at your store. A Federal lawsuit, just from the litigation process alone will cost your company far more in time, money and public reputation than my mere settlement request. I have suffered malicious civil injury at the orchestration of Burkes Outlet and I am due damages for which I will recover through a settlement with you or by the Federal Court. GOD is with me and working on my behalf.*

32. *Another issue in which Burkes outlet needs to be aware of is that I also have been in contact with former employees of Burkes Outlet, who can testify in court before a jury of Carol Robinson's unlawful and discriminatory actions against me as well as other violations of law by Burkes Outlet;*

6

33. *As a result, to settle this issue in full without having to initiate litigation in Federal Court, among the other listed actions, I will sign a full release of all of my lawful claims against Burkes Outlet in lieu of a settlement of:*

34. *Ten Thousand Dollars ($10,000.00) for my damages and;*

35. *Burkes Outlet Stores, Inc release and dissolve any current trespass issuance against myself;*

36. *I am also requesting that BOTH "Carol" and "Tim" be fired as a result of their insubordination; criminal activity to violate basic constitutional rights and their attempts to interfere, deprive and punish me for exercising my civil rights and banning me from the store based SOLEY upon my Religion, and their failure to serve the "Notice of Claim," to the CEO and their refusal to notify the CEO of their unlawful actions against myself;*

37. *Cease any and all harassment from any other Burkes Outlet Stores, Inc. employees against my family and me and to further be treated in the same manner as other patrons.*

38. *I am expecting to receive a release form and the requested monies in the form of a check in my name along with all of the other settlement agreement requests by Friday, September 25, 2009";*

39. On June 16, 2009, Glynis Bethel, along with her minor daughter Kezia Bethel was going to shop at Burke Outlet; (When Glynis Bethel was falsely arrested Kezia Bethel was Kidnapped by police and detained).

40. Glynis Bethel was determined that she was going to go into all of the world and preach the gospel and Burke Outlet was not exempted from Christians or Religious speech INSIDE of their store;

41. With obeying GOD rather than man, Glynis Bethel put her $500.00 cash for bail bond in her wallet preparing for the illegal arrest based upon the corrupt governmental officials being consistent in falsely arresting Glynis Bethel and her family;

42. On this date, Glynis Bethel offered prayer to the blonde young worker inside of the store;

43. The manager was on the phone talking to someone who Glynis Bethel believed to be the police;

44. The manager called out to Ms. Bethel and Glynis Bethel responded;

45. Later police or Defendants showed up at the Burkes Outlet store;

46. Sergeant Ryan Robinson was on the false police report as the arresting officer, but his name was scratched off by someone

47. Renee Peebles became the false arresting officer even though the name "Ryan Robinson" could still be seen on the paperwork;

48. Glynis Bethel noticed that Carol Robinson and Ryan Robinson's last names were the same and believed the actions to be a conspiracy to violate constitutional rights by banning her from a facility opened to the general public in violation of the Alabama Constitution;

49. Defendant and Attorney Scott Lewis, also the attorney for the Baldwin County Board of Education, was one of the attorneys for the City of Bay Minette and Glynis Bethel believed the false arrest to be a conspiracy to intimidate her into silence;

50. On the false arrest paperwork with perjured lies, Defendants or other police personnel from the City of Bay Minette approved of the false arrest for trespassing;

### STATEMENT OF CLAIMS UPON WHICH RELIEF CAN BE GRANTED

51. The Plaintiffs adopt every claim under the constitution for each and every violation by Defendants; Plaintiffs pray for Declaratory Judgment to determine the constitutionality of Defendants' Ordinance on its face and of Defendants' actions in denying Plaintiff Orlando the opportunity to exercise his rights and to declare Defendants' Ordinance or policy which misapplies the "trespassing," criminal code to the Religious beliefs of the Plaintiffs is both on its face and as applied, unconstitutional as a direct violation of Plaintiffs' rights and a violation of the freedoms protected by the First and Fourteenth Amendments to the United States Constitution, and for an award of such damages as are directly and proximately caused by the Defendants' violations of the Plaintiffs' rights;

52. Plaintiffs further pray for damages;

53. An actual controversy exists between the parties involving substantial constitutional issues, in that Defendants' Ordinance is unconstitutional on its face and as applied, violates Plaintiffs'

rights to freedom of speech, equal protection and free exercise of religion guaranteed under the First and Fourteenth Amendments to the United States Constitution;

54.     The Plaintiffs states that the Defendants(s), through their actions listed in the Statement of Facts have violated their civil rights under the constitution of the United States;

55.     The (directly or indirectly) Defendants conspired to deprive and deprived (directly or indirectly) the Plaintiffs of their rights protected by the Constitution and laws of the United States as follows; unreasonable search and seizure; Conspiracy to Violate Constitutional Rights by all Defendants; Malicious Abuse of Process; Violation of Alabama Constitution and the Civil Rights Act; Conspiracy; Intentional Infliction of Emotional Distress; pain and suffering; anguish; embarrassment; humiliation; Negligence; willful and Knowingly Violation of Constitutional Rights of the Plaintiffs by the Defendants;

56.     The Defendants have violated Orlando and Glynis Bethel's Fourteenth (14th) Amendment due process and equal protection of the laws rights along with other violations of the (applicable) 1st, 4th, 5th, 6th, 8th, 13th, and 14th Amendments to the US Constitution;

<u>PRAYER AND RELIEF REQUESTED</u>

57.     The Plaintiffs incorporate all previous statements;

58.     The Plaintiffs pray for Declaratory Judgment, preliminary and permanent injunctive relief and damages including compensatory (anguish; intentional infliction of emotional distress; pain and suffering; embarrassments, etc.) damages of 10,000,000.00 (ten-million) and punitive damages in the amount of 50,000,000.00 (50-million) as a result of  Plaintiffs' (i.e.: Glynis Bethel's) sufferings as a direct result of the Defendants' actions in violating Plaintiffs (I,e,: Glynis Bethel's) Constitutional rights;

59.     The Plaintiffs pray that this court declare that the customs and practices forced upon the

Plaintiff(s) by the Defendant(s) on its face and as applied are unconstitutional;

60.     That the Defendant(s) did violate the Plaintiff(s) constitutional rights;

*Prayerfully submitted, under penalties of perjury the Plaintiffs pray that all of the contents are true and correct to the best of their knowledge so help them GOD. In the name of the FATHER; SON JESUS AND HOLY SPIRIT:*

_____                 Dated: 26 day of _____Nov_____ 2010.
Orlando Bethel (Plaintiff, Attorney Pro Se)

_____                 Dated: 26 day of _____Nov_____ 2010.
Glynis Bethel (Plaintiff, Attorney Pro Se)

Plaintiffs (Attorneys Pro Se):
Orlando Bethel
Glynis Bethel
12724-D Hwy 90
Loxley, Alabama 36551
Phone/Fax: (251) 964-9955

*(Please Pray: Father God in the name of Jesus, I repent of all of my sins. I believe that Jesus died and rose again to save me. Please fill me with the gift of the Holy Spirit with the sign of speaking with "new" tongues. In Jesus' name I pray…Amen.)*

# DEMAND LETTER
## FOR CIVIL RIGHTS VIOLATIONS AND SETTLEMENT AGREEMENT

Stephen Knopik
President
Burkes Outlet Stores, Inc.
1806 38th Ave East
Bradenton, Florida 34208
(941) 747-2355 phone
(941) 746-1171 fax

**RE: Civil Rights and Religious Discrimination Violation Dates May 11, 2009 and June 16, 2009.**

This demand letter is a follow up to the Notice of Claim previously served upon the Burkes Outlet Store and an effort to settle the civil rights violations that occurred at your Burkes Outlet Store in Bay Minette, Alabama against me, which resulted in me being falsely arrested for trespassing solely because of my religion and the exercise of my religion to pray. I am a known civil and religious rights advocate here in Baldwin County, Alabama and I am also an attorney pro se. I will be representing myself against Burkes Outlet if litigation is necessary and Burkes Outlet Stores, Inc. decides not to settle this matter.

The actions of the Burkes Outlet Store employee ("Carol") were in direct violation of Title II of the 1964 Civil Rights Act, in that she intentionally discriminated against me solely because of my sincerely held religious belief to pray in which she personally disagrees with. "Carol" treated me in the same manner, as she would have handled a person who had committed a criminal offense within your store but it was not because I had committed any violation of law or violated any known store policy. It was simply because I said a prayer according to my sincerely held religious belief that "Carol" had me falsely arrested for trespassing and further trespassing me from all of the Burkes Outlet Stores in Baldwin County, Alabama which was also reported in the local newspaper.

This type of egregious religious discrimination by your employee is the very cause for the establishment of Title II of the 1964 Civil Rights Act, which gives a person who has been discriminated against by a business that serves the general public, the lawful right to sue the business in Federal Court for money damages. As a result of your employee's biased and unlawful treatment of myself, I have suffered embarrassment, mental anguish, pain, public humiliation, stress, and false arrest and imprisonment for which I am due money damages.

Exhibit A

1

Your employees "Carol" and "Tim" have further made your business's religious discriminatory actions subject to being exposed to the community through public protests in front of your stores, through the use of various internet search engines, through contacting various news media and by word of mouth to local Churches and national Christian organizations who spend money in your store, in which protests on the public property will possibly bankrupt your stores in this area. Whenever a private business such as yours has opened itself to serve the general public and demonstrates this kind of blatant discriminatory practice against a Christian for praying, such a business is not worthy of being patronized by the very class of people that it discriminates against. If you do not settle, we will also initiate a boycott and protest of Burkes Outlet Stores based upon your bold stance against your religious or Christian customers.

Another issue in which Burkes Corporation needs to be aware of is there are white-collar-crimes (i.e.: the mayor; attorneys and police) involved with my false arrest and imprisonment in which the FBI, Attorney General, the Department of Justice and the Alabama Bureau of Investigation have been notified. Before the false arrest, I sent the mayor and the plice from the City of Bay Minette a "Notice of Claim," when they attempted to ban me from your store based upon my Religion, but in retaliation and to intimidate me, I was fasely arrested by the City of Bay Minette police. The mayor and the City police are represented by the corrupt attorney Scott Lewis who is not only the attorney for the City of Bay Minette, Alabama, but he is also the attorney for the Baldwin County Board of Education in which I have been in litigation with over other vio9lations fo my constitutional rights for about four (4) years now in which their attorney fees have exceeded over $30,000.00 according to their representative (please see Exhibit C).

Unknown to you, I believe, Burke Outlet's is being used by the corrupt officials to clandestinely falsely arrest myself and my husband with false imprisonment based upon criminal misconduct, illegal conspiracy to violate constitutional rights and to defame me in the eyes of the public and in the eyes of the Judge (i.e.: who is in charge of the Bethel vs. Baldwin County Board of Education) and harassment which are crimes. The corrupt city officials have gotten together with your employees to give the appearance that I am causing disruptions in private and public places so that the judge would BAN me from the public school campus in which the Baldwin County Board of Education officials, being ANTI-CHRISTS, has requested from the judge. So far, the judge refuses to give them a restraining order to BAN me from the public property and they are desperately seeking other venues in order to blackballed me in the eyes of the judge. GOD is with me. In the same manner that I was praying in your store, I was also praying with people in the public schools and the corrupt officials want me to be stopped, but just as Daniel in the Lion's Den, I will NOT stop praying in the private and the public arena and the federal laws back me in my Religious belief of "proselytizing." Your and your store have been used in order to create false criminal charges against myself as revenge and retaliation by the City of Bay Minette and their corrupt attorney.

As a result, to settle this issue in full without having to initiate litigation in Federal Court, among the other listed actions, I am requiring as a settlement:

Exhibit A (2)

- $5,000.00 cash for my damages and;

- Burkes Outlet Stores, Inc. to drop all the false criminal charges against me and;

- Burkes Outlet Stores, Inc proclaim the current trespass issuance null and void;

- I am also requesting that BOTH "Carol" and "Tim" be fired as a result of their insubordination; criminal activity to violate basic constitutional rights and their attempts to stop me from praying and stop me from exercising my Religion and banning me from the store based SOLEY upon my Religion, and their failure to serve the "Notice of Claim," to the CEO and their refusal to notify the CEO of their actions against myself;

- Cease any and all harassment from any other Burkes Outlet Stores, Inc. employees against my family and me and to further be treated in the same manner as other patrons.

I am expecting to receive the requested monies in the form of a check in my name along with all of the other settlement agreement requests by Friday, July 24, 2009.

In Jesus' name,

_Orlando Bethel (Attorney, Pro Se)_    Dated: 17 day of July, 2009.

_Glynis Bethel (Attorney, Pro Se)_    Dated: 17 day of July, 2009.

Orlando Bethel (Attorney Pro Se)
Glynis Bethel (Attorney Pro Se)
12724-D Hwy 90
Loxley, Alabama 36551
Phone/Fax: (251) 964-9955

*(Please pray: Father, GOD in the name of JESUS, I repent for my sins. I believe that JESUS died and rose again for me. Please fill me with the gift of the HOLY GHOST, with the sign of speaking in "new" tongues. I receive JESUS by faith in JESUS' name. Amen.)*

State of _Alabama_    County _Baldwin_

Sworn to and subscribed to before me on this 17th day of July 2009.

Exhibit A (3)

3

_Naomi Menham_
Notary Public

My Commission Expires on _MY COMMISSION EXPIRES JANUARY 10, 2011_

Exhibit A (4)

4